UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ALLIANCE FOR ACCESSABILITY, INC., a Florida Not-For-Profit Corporation, and DENISE PAYNE, Individually, | : <br> : Case No.: 8:10-cv-00968-AW <br> : <br> : <br> : |
| Plaintiffs, | : |
| v. | : <br> : |
| BURLINGTON COAT FACTORY OF MARYLAND, LLC,, A Maryland Corporation, | : <br> : <br> : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, NATIONAL ALLIANCE FOR ACCESSABILITY, INC., and DENISE PAYNE, hereby voluntarily dismiss this action without prejudice.

                Respectfully submitted,

May 10, 2010

                /s/ Pete M. Monismith, Esq

                Pete M. Monismith, Esq.
                District of Maryland Bar # 29053

                Thomas B. Bacon, P.A.
                1710 Quarry Lane
                Apollo, PA 15613

                (tel) 724-610-1881
                monismithlaw@thomasbaconlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Plaintiff's Notice of Voluntary Dismissal was served upon all parties of record via the Court's CM/ECF system on May 10, 2010.

/s/ Pete M. Monismith, Esq

Pete M. Monismith, Esq.
District of Maryland Bar # 29053

Thomas B. Bacon, P.A.
1710 Quarry Lane
Apollo, PA 15613

(tel) 724-610-1881
monismithlaw@thomasbaconlaw.com